IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONCERNED CITIZENS OF THE CITY :
OF DUQUESNE (LARRY HASAN), :
       Plaintiff, :
   v. : Case No. 3:14-cv-250-KRG-KAP
PENNSYLVANIA DEPARTMENT OF :
EDUCATION, et al., :
       Defendants :

### Memorandum

Monday I filed a Report and Recommendation on the second set of motions to dismiss, observing that plaintiff Larry Hasan had not filed a response to the motions. Today I received a copy of Hasan's response, which was not docketed until after 3 p.m. today, although it appears to have been hand-delivered at the Clerk's Office perhaps on Monday and date-stamped with an illegible date stamp. Hasan's response must be considered timely, and the failure to get it to me timely is due to errors by the Clerk's Office.

The response contains nothing that causes me to change the analysis of the complaint or the recommendation. Plaintiff asserts but does not understand the continuing violations theory. The time to file objections continues to run from the date of the Report and Recommendation.

DATE: 10 Jun 2015

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel of record by ECF and by U.S. Mail to:

    Larry A. Hasan
    209 Library Court
    Duquesne, PA 15110