IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONCERNED CITIZENS OF THE CITY :
OF DUQUESNE (LARRY HASAN), :
    Plaintiff, :
    v. : Case No. 3:14-cv-250-KRG-KAP
PENNSYLVANIA DEPARTMENT OF :
EDUCATION, et al., :
    Defendants :

## Memorandum Order

Plaintiff's motion to certify a class at docket no. 62 and motion to alter the judgment at docket no. 63 were referred to Magistrate Judge Keith A. Pesto under 28 U.S.C.§ 636(b)(3) and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on November 5, 2015, docket no. 65, recommending that the motion to certify a class be denied without prejudice and the motion to alter the judgment be denied.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No one has filed objections, and the time to do so has expired.

After review of the Report and Recommendation and noting the lack of objection thereto, the following order is entered:

AND NOW, this **8th** day of December, 2015, it is

ORDERED that the motion to certify a class at docket no. 62 is denied without prejudice, and the motion to alter the judgment at docket no. 63 is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

*/s/ Kim R. Gibson*
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Larry A. Hasan
209 Library Court
Duquesne, PA 15110